**Judge John C. Coughenour**

# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| HIBO ISMAN, an individual,<br><br>　　　　　　　　Plaintiff,<br><br>　　vs.<br><br>STATE FARM FIRE AND CASUALTY COMPANY,<br><br>　　　　　　　　Defendant. | Case No. 2:22-CV-01143<br><br>[~~PROPOSED~~] ORDER EXTENDING DEADLINE TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT<br><br>**NOTE ON MOTION CALENDAR:**<br>**August 19, 2022**<br>**(Same Day Motion)** |

**ORDER**

Based on the Joint Stipulated Motion to Extend Deadline to Answer or Otherwise Respond to Plaintiff's Complaint in this matter, IT IS HEREBY ORDERED that the deadline for filing an answer to the complaint or motion pursuant to Fed. R. Civ. P. 12 is extended to September 12, 2022.

//

//

[~~PROPOSED~~] ORDER GRANTING MOTION TO EXTEND DEADLINE - 1
Case No. 2:22-CV01143

WAKEFIELD & KIRKPATRICK, PLLC
A T T O R N E Y S   A T   L A W
17544 MIDVALE AVENUE NORTH, SUITE 307
SHORELINE, WA 98133
(206) 629-2120  FAX (206) 629-2120

1  DATED this 22nd day of August 2022.

_____
John C. Coughenour
UNITED STATES DISTRICT JUDGE

Presented by:

WAKEFIELD & KIRKPATRICK, PLLC

By_____
   Scott C. Wakefield         WSBA #11222
   Dan R. Kirkpatrick        WSBA #38674
   Attorneys for Defendant State Farm Mutual Fire and Casualty Company

[PROPOSED] ORDER GRANTING MOTION TO EXTEND DEADLINE - 2
Case No. 2:22-CV01143

WAKEFIELD & KIRKPATRICK, PLLC
A T T O R N E Y S   A T   L A W
17544 MIDVALE AVENUE NORTH, SUITE 307
SHORELINE, WA 98133
(206) 629-2120  FAX (206) 629-2120