**Judge Tana Lin**

# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| HIBO ISMAN, an individual,<br><br>        Plaintiff,<br><br>    vs.<br><br>STATE FARM FIRE AND CASUALTY COMPANY,<br><br>        Defendant. | Case No. 2:22-cv-01143-TL<br><br>**[PROPOSED] ORDER GRANTING STIPULATED MOTION FOR STAY PENDING APPEAL** |

[PROPOSED] ORDER GRANTING STIPULATED MOT. FOR STAY PENDING APPEAL – 1

WAKEFIELD & KIRKPATRICK, PLLC
A T T O R N E Y S   A T   L A W
17544 MIDVALE AVENUE NORTH, SUITE 307
SHORELINE, WA 98133
(206) 629-2120  FAX (206) 629-2120

# ORDER

Based on the Parties' Stipulated Motion to Stay Pending Appeal in this matter, it is hereby ORDERED that all further proceedings in *Isman v. State Farm Fire and Casualty Co.*, Case No. 2:22-cv-01143-TL are stayed until entry of the Ninth Circuit's mandate in *Jama et al. v. State Farm Mutual Automobile Insurance Company et al.* – Case No. #22-35449.

Further, the Parties are directed to submit a Joint Status Report and proposed Case Schedule to the Court **within thirty (30) days** of the aforementioned mandate. If not yet filed or otherwise on the docket, Defendant State Farm Fire and Casualty Company's deadline to answer or otherwise respond to Plaintiff's Complaint will remain stayed pending the Court's entry of the proposed Case Schedule.

**DATED** this 13th day of September 2022.

_____
Tana Lin
United States District Judge

[PROPOSED] ORDER GRANTING STIPULATED MOT. FOR STAY PENDING APPEAL – 2

WAKEFIELD & KIRKPATRICK, PLLC
ATTORNEYS AT LAW
17544 MIDVALE AVENUE NORTH, SUITE 307
SHORELINE, WA 98133
(206) 629-2120  FAX (206) 629-2120

**PRESENTED BY:**

WAKEFIELD & KIRKPATRICK, PLLC

By *s/ Scott C. Wakefield*

By *s/ Dan Kirkpatrick*

Scott C. Wakefield, WSBA #11222
Dan Kirkpatrick, WSBA #38674
Wakefield & Kirkpatrick, PLLC
17544 Midvale Ave. N., Suite 307
Shoreline, WA 98133
Phone: (206) 629-5489
Fax:    (206) 629-2120
E-mail:swakefield@wakefieldkirkpatrick.com
E-mail:dkirkpatrick@wakefieldkirkpatrick.com

WHEELER TRIGG O'DONNELL LLP

By *s/ Peter W. Herzog III*

By *s/ Eric L. Robertson*

Peter W. Herzog III (*pro hac vice*)
211 N. Broadway, Suite 2825
St. Louis, Missouri 63102
Phone:   314.326.4128
Fax:     303.244.1879
E-mail:  pherzog@wtotrial.com

Eric L. Robertson (*pro hac vice*)
370 17th Street, Suite 4500
Denver, Colorado  80202-5647
Phone:   303.244.1842
Fax:     303.244.1879
E-mail:robertson@wtotrial.com

**Attorneys for Defendant State Farm Fire and Casualty Co.**

*s/ Daniel R. Whitmore*
Daniel R. Whitmore, WSBA No. 24012
6840 Fort Dent Way, Suite 210
Tukwila, WA 98188
Telephone: (206) 329-8400
Facsimile: (206) 329-8401
Email: dan@whitmorelawfirm.com

[PROPOSED] ORDER GRANTING STIPULATED MOT. FOR STAY PENDING APPEAL – 3

*s/ Mark A. Trivett*
Mark A. Trivett, WSBA No. 46375
Duncan C. Turner, WSBA No. 20597
19929 Ballinger Way NE, Suite 200
Seattle, WA 98155
Telephone: (206) 621-6566
Facsimile: (206) 621-9686
Email: dturner@badgleymullins.com
Email: mtrivett@badgleymullins.com

**Attorneys for Plaintiff**

[PROPOSED] ORDER GRANTING STIPULATED MOT. FOR STAY PENDING APPEAL – 4

WAKEFIELD & KIRKPATRICK, PLLC
A T T O R N E Y S   A T   L A W
17544 MIDVALE AVENUE NORTH, SUITE 307
SHORELINE, WA 98133
(206) 629-2120  FAX (206) 629-2120