UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| HIBO ISMAN,<br><br>                    Plaintiff(s),<br><br>          v.<br><br>STATE FARM FIRE AND CASUALTY COMPANY,<br><br>                    Defendant(s). | CASE NO. 2:22-cv-01143-TL<br><br>MINUTE ORDER |

      The following Minute Order is made at the direction of the Court, the Honorable Tana Lin, United States District Judge:

      (1) Pursuant to the Court's Order granting the Parties' Stipulated Motion to Stay Proceedings Pending Appeal (Dkt. No. 22), the Court STRIKES AS MOOT Defendant's Partial Motion to Dismiss (Dkt. No. 21) without prejudice to refile once the stay is lifted.

1   Dated this 13th day of September 2022.

2

3                                                    Ravi Subramanian
                                                     Clerk of the Court
4
                                                     s/ Kadya Peter
5                                                    Deputy Clerk

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24